Amended Chapter 13 Plan          Case No. 15-02156 .

Debtor(s)  Jonathan L. Whitworth          SS# ***-**-4802          Net Monthly Earnings: $ 4237.08 .
           Cynthia B. Whitworth           SS# ***-**-4679          Number of Dependents: 0 .

I. **Plan Payments:**
   ( x ) Debtor(s) propose to pay a total of $ 885.00 Monthly into the plan (Debtor Requests a $ 410.00 bi-weekly payroll deduction order to Alabama Power Company .)

   Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 45,000.00

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A.  PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |

   B.  Total ATTORNEY FEE: $ 3250 ; $ 225 paid prepetition; $ 1475 to be paid at confirmation and $ 725 for 2 months then $100 per month until paid in full.
   C.  The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid | Direct Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate Arrearage | Proposed Fixed Payment on Arrearage | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Bayview | $109,000.00 | ☐ by Trustee $757.00 X by Debtor | 7/15 | $9,357.00 | Thru 6/15 | n/a | $175.00 | 12/15 |
| Palmerdale Fire District | $1,503.00 | ☐ by Trustee n/a X by Debtor | n/a | Full | Balance In Plan | | $35.00 | 12/15 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of debt | Debtor's Value | Unsecured Portion | Description of Collateral | Interest Factor | Proposed fixed payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Capital One Auto | n/a | $12,209.00 | $13,975.00 | n/a | 2011 Scion TC | 5% | $275.00 | 12/15 |
| American Credit Acceptance | n/a | $7,209.34 | $13,000.00 | n/a | 2015 Harley | 5% | $155.00 | 12/15 |
| Affinity | n/a | $516.69 | $1,500.00 | n/a | Personal Property | 0 | $15.00 | 12/15 |

3. Other Debts not shown in #1 or #2 above which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| N/A | | | | |

IV.  Special Provisions. Pursuant to Administrative Order 05-09, the adequate protection payments scheduled in section (2) shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee. Attorney fees for debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11 – 01.

[ ]   This is an original plan.
[x]   This is an amended plan replacing plan dated 6/2/15 .
[x]   This plan proposes to pay unsecured creditors 100 %.
[ ]   OtherProvisions:

Attorney for the Debtor Name/Address/Telephone Number
C. Taylor Crockett          Dated: 6/24/15
2067 Columbiana Drive                           /s/ Jonathan L. Whitworth
Birmingham, AL 35216                            Debtor
Telephone#(205)978-3550                         /s/ Cynthia B. Whitworth
                                                Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:                                              )
                                                    )
Jonathan L. & Cynthia B. Whitworth,                 )   Case No. 15-02156-TOM-13
                                                    )
         Debtor(s).                                 )
                                                    )

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing was served upon the party listed below and the attached list by electronic filing and/or by placing a copy to each in the U.S. Mail first-class postage prepaid this the 24th day of June, 2015.

D. Sims Crawford, Esq.
P.O. Box 10848
Birmingham, AL 35202

_____
C. Taylor Crockett

American Credit Acceptance
961 E. Main Street
2nd Floor
Spartanburg, SC 29302

Barclays Bank of Delaware
P.O. Box 7494
125 S. West Street
Wilmington, DE 19803

HSBC
P.O. Box 9
Buffalo, NY 14240

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd.
5th Floor
Miami, FL 33146

Birmingham Heart Clinic PC
C/O Holloway Credit Solutions, LLC
P.O. Box 230609
Montgomery, AL 36123

Premier Medical - St. Vincent
C/O Alliance Collection Service
600 W. Main Street
Tupelo, MS 38802

Capital One Auto Finance
Attn: Bankruptcy
P. O. Box 201347
Arlington, TX 76006

Brookwood Medical Center
Central Finance Control
P.O. Box 660873
Dallas, TX 75266

Synchrony Bank/Care Credit
P.O. Box 965061
Orlando, FL 32896-5061

Palmerdale Fire District
P.O. Box 267
Palmerdale, AL 35123

Charter Communications
8413 Excelsior Drive, Suite 120
Madison, WI 53717-1970

Trinity Medical Center
800 Montclair Road
Birmingham, AL 35213

Affinity Hospital dba Trinity Medical
C/O Waldrop & Associates, PC
7037 Old Madison Pike, Suite 450
Huntsville, AL 35806

Chase Bank USA
C/O Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

Turner Family Dentistry
5975 Chalkville Mt. Lane
Suite 100
Birmingham, AL 35235-3318

Affinity Physician Services, LLC
P.O. Box 403847
Atlanta, GA 30384-3847

Chase/Bank One Card Services
P.O. Box 15298
Wilmington, DE 19850

Urology Center of Alabama
P.O. Box 59867
Birmingham, AL 35259-0867

AMPD Mobile
C/O AFNI
1310 Martin Luther King Dr., PO Bx 3427
Bloomington, IL 61702-3427

Dish Network
C/O Enhanced Recovery Company
P.O. Box 57547
Jacksonville, FL 32241-7547

Urology Centers of Alabama
C/O Credit Bureau of Bessemer
P.O. Box 590
Bessemer, AL 35021-0590

Anesthesia Svcs of Birmingham
P.O. Box 517
Birmingham, AL 35201-0517

Fingerhut/WebBank
6250 Ridgewood Road
P.O. Box 1250
Saint Cloud, MN 56395-1250

Verizon Wireless
C/O AFNI
P.O. Box 3097
Bloomington, IL 61702

AT&T
P.O. Box 105503
Atlanta, GA 30348

Grayson Associates, PC
C/O Franklin Collection Services
2978 W. Jackson Street
Tupelo, MS 38801-6731

Ascension Capital Group
P. O. Box 201347
Arlington, TX 76006

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Credit Protection Association LP
13355 Noel Road
Dallas, TX 75240


Global Credit & Collection Corp.
5440 N. Cumberland Avenue
Suite 300
Chicago, IL 60656-1490


Massey, Stotser & Nichols, PC
1780 Gadsden Hwy.
Birmingham, AL 35235


Northland Group, Inc.
P.O. Box 390846
Mail Code GLX600
Minneapolis, MN 55439


Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 23502


Professional Account Services, Inc.
P.O. Box 188
Brentwood, TN 37024


Vital Recovery Services, Inc.
P.O. Box 923748
Norcross, GA 30010-3748